# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>HOKU CORPORATION,<br>        Debtor.<br><br>GARY L. RAINSDON, Chapter 7 Trustee,<br>        Plaintiff,<br>v.<br>F.W. WEBB COMPANY d/b/a KENTROL, INC., a Massachusetts corporation and John Does 1 through 10,<br>        Defendants. | Case No. 4:16-cv-00308-BLW<br><br>**ORDER OF DISMISSAL** |

Based on a stipulation of the parties filed in bankruptcy court, the bankruptcy court previously entered an Order Dismissing Adversary Proceeding. *See* Dkt. 44 in Case No. 15-8104-JDP. This proceeding, likewise, should be dismissed. Accordingly,

IT IS ORDERED THAT the above-captioned adversary proceeding is dismissed with prejudice as to all defendants and claims for relief, with each party to bear its own fees and costs.



DATED: November 30, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court